UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JARED ANDERSON,
    Petitioner,

vs.                                                  Case No.:  3:19cv1654/LAC/EMT

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS,
    Respondent.
_____/

## **ORDER**

The chief magistrate judge issued a Report and Recommendation on December 22, 2020 (ECF No. 29).  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The chief magistrate judge's Report and Recommendation (ECF No. 29) is adopted and incorporated by reference in this order.

2.    The petition for writ of habeas corpus (ECF No. 1) is **DENIED**.

Page 2 of 2

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 25th day of January, 2020.

                      s/*L.A. Collier*
                      **LACEY A. COLLIER**
                      **SENIOR UNITED STATES DISTRICT JUDGE**